IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGELA McGUIRE-PIKE, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.                                No. CIV 04-705 JB/ACT

AMERI-CK, INC.,

        Defendant.

## ORDER TO DISMISS WITHOUT PREJUDICE

Plaintiff Angela McGuire-Pike moved the Court to dismiss her claims against Defendant Ameri-Ck, Inc without prejudice.

THE COURT FINDS:

1. Ameri-Ck, a corporation, fired its counsel and has not obtained substitute counsel, so it cannot oppose or consent to this motion.

2. The Court never certified the class. Ms. McGuire-Pike had filed a motion for class certification but that motion remains pending.

3. Ameri-Ck has declared bankruptcy and reports no assets.

IT IS ORDERED that Ms. McGuire-Pike's claims against Ameri-Ck dismissed without prejudice.

                                                    _____
                                                    HONORABLE JAMES O. BROWNING

Submitted by:

FEFERMAN & WARREN, Attorneys for Plaintiff

 /s/ Rob Treinen
ROB TREINEN
300 Central Avenue S.W., Suite 2000 East
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)